IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE BOLDER,<br>    Plaintiff,<br><br>v.<br><br>OFFICER THOMAS BRECKER,<br>    Defendant. | :<br>:<br>:<br>:   Civil No. 5:23-cv-05138-JMG<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 5th day of November, 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 46), Defendant's Statement of Undisputed Material Facts (ECF No. 47), Plaintiff's Opposition (ECF No. 48), Plaintiff's Statement of Disputed Facts (ECF No. 48-1), Defendant's Reply (ECF No. 53), the parties' appendices (ECF Nos. 47-1, 48-2), the parties' supplemental briefing (ECF Nos. 55-56), and the parties' arguments at the Final Pretrial Conference held on October 29, 2025, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion for Summary Judgment on Plaintiff's racial discrimination claim brought under 42 U.S.C. § 1981 is **GRANTED**.

2. Defendant's Motion for Summary Judgment on Plaintiff's racial discrimination claim brought under 42 U.S.C. § 1983 is **GRANTED**.

3. Defendant's Motion for Summary Judgment on Plaintiff's unlawful seizure claim brought under 42 U.S.C. § 1983 is **DENIED**.

4. Defendant's Motion for Summary Judgment on Plaintiff's unlawful detention/false imprisonment claim is **DENIED**.

5. Defendant's Motion for Summary Judgment on Plaintiff's intentional infliction of emotional distress claim is **GRANTED**.

6. Defendant's Motion for Summary Judgment on Plaintiff's assault claim is **GRANTED**.

7. Defendant's Motion for Summary Judgment on Defendant's qualified immunity defense is **DENIED**.

8. Defendant's Motion for Summary Judgment on Defendant's official immunity defense brought under the Pennsylvania Political Subdivision Tort Claims Act, 42 Pa. C.S. §§ 8501-8564 is **DENIED**.

9. Defendant's Motion for Summary Judgment on punitive damages is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge